

FILED

JAN 14 2013

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| WILLIAM F. LONGFELLOW,<br><br>               Petitioner,<br><br>vs.<br><br>WARDEN MARTIN FRINK;<br>ATTORNEY GENERAL OF THE<br>STATE OF MONTANA,<br><br>               Respondent. | No. CV-12-67-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations on November 29, 2012.[1] Petitioner filed objections on January 11, 2013.[2] The Court has fully considered Petitioner's objections and has reviewed *de novo* Judge Strong's findings and recommendations. 28 U.S.C. § 636(b)(1). Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 5

[2] Document No. 8

ORDERED:

1. Petitioner's Petition for Writ of Habeas Corpus[3] is DISMISSED with prejudice.

2. A certificate of appealability is DENIED because the claims asserted in the Petition lack merit.

3. The Clerk is directed to enter judgment accordingly.

DATED this 14th day of January, 2013.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Document No. 1