
FILED

JAN 14 2013

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| WILLIAM F. LONGFELLOW,<br><br>                Petitioner,<br><br>vs.<br><br>WARDEN MARTIN FRINK;<br>ATTORNEY GENERAL OF THE<br>STATE OF MONTANA,<br><br>                Respondent. | No. CV-12-67-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations on November 29, 2012.[1] Petitioner filed objections on January 11, 2013.[2] The Court has fully considered Petitioner's objections and has reviewed *de novo* Judge Strong's findings and recommendations. 28 U.S.C. § 636(b)(1). Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 5

[2] Document No. 8

ORDERED:

1. Petitioner's Petition for Writ of Habeas Corpus[3] is DISMISSED with prejudice.

2. A certificate of appealability is DENIED because the claims asserted in the Petition lack merit.

3. The Clerk is directed to enter judgment accordingly.

DATED this 14th day of January, 2013.

SAM E. HADDON
United States District Judge

---

[3] Document No. 1